MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

JASON CRADY, and his wife NICOLE CRADY

                 )
                 )
Plaintiff(s),           )
                 )
vs.               )  Case No. 25-cv-1394-JAR
3M Company et al.      )
                 )
                 )
Defendant(s).         )

**DISCLOSURE STATEMENT**

    Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Globe Manufacturing Company, LLC hereby discloses the following:

1.   If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.   Whether it is publicly traded, and if it is, on which exchange(s):
    N/A

b.   Its parent companies or corporations (if none, state "none"):
    Globe Manufacturing Company, LLC is an indirect wholly-owned subsidiary of MSA Safety Inc., a publicly traded corporation.

c.   Its subsidiaries not wholly owned by the subject (if none, state "none"):
    None

d.   Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):
    None

2.   If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    N/A

    Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*/s/ James L. Stengel*

Signature (Counsel for Plaintiff/Defendant)

Print Name: _____ James L. Stengel _____

Address: _____ 51 W 52nd Street _____

City/State/Zip: _____ New York, NY 10019 _____

Phone: _____ 212-506-5000 _____

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:

October 24 , 20 25 .

/s/ James L. Stengel

Signature