US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Crady et al v. 3M Company et al

**USCA#:**

**Case Number:**

4:25-CV-01394-JAR

**Plaintiff:**

JASON CRADY and
NICOLE CRADY

**Defendant:**

3M COMPANY, et al.

**Attorney:**

Michael J. Angelides (for pla)
One Court Street
Alton, IL  62002
Ph:  618-259-2222  Fax:
Email:  mangelides@simmonsfirm.com

George Michael Stewart (for pla)
One Court Street
Alton, IL  62002
Ph:  618-259-2222 x6221  Fax:  618-259-2251
Email:  mstewart@simmonsfirm.com

**Attorney:**

see Docket Sheet

**Court Reporter(s):**

None

**Please return files and documents to:**

Clerk for Eastern District of Missouri

**Person to contact about the appeal:**

Diane March at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

4:25-CV-01394-JAR - **AGC Chemicals Americas, Inc.**
4:25-CV-01394-JAR - **Allstar Fire Equipment Co.**
4:25-CV-01394-JAR - **Archroma US, Inc.**
4:25-CV-01394-JAR - **CB Garmet, Inc.** *doing business as* Crewboss
4:25-CV-01394-JAR - **Du Pont De Nemours, Inc.** *formerly known as* DowDuPont Inc.
4:25-CV-01394-JAR - **Ed M. Feld Equipment Co, Inc.**
4:25-CV-01394-JAR - **Fire-Dex, Inc.**
4:25-CV-01394-JAR - **Fire-Dex, LLC**
4:25-CV-01394-JAR - **Globe Holding Company, LLC**
4:25-CV-01394-JAR - **Globe Manufacturing Company, LLC**

4:25-CV-01394-JAR - **Honeywell International, Inc.**
4:25-CV-01394-JAR - **Honeywell Safety Products USA, Inc.**
4:25-CV-01394-JAR - **Innotex Corp.**
4:25-CV-01394-JAR - **Lakeland Industries, Inc.**
4:25-CV-01394-JAR - **Leo Ellebracht Company**
4:25-CV-01394-JAR - **Lion Apparel, Inc.**
4:25-CV-01394-JAR - **Majestic Fire Apparel, Inc.**
4:25-CV-01394-JAR - **Morning Pride Manufacturing, LLC**
4:25-CV-01394-JAR - **Phenix Fire Protectors, LLC**
4:25-CV-01394-JAR - **Southern Mills, Inc.** *doing business as* Tencate Protective Fabrics, USA
4:25-CV-01394-JAR - **TechTrade LLC**
4:25-CV-01394-JAR - **Veridian Limited** *doing business as* Veridian Fire Protective Gear
4:25-CV-01394-JAR - **W.L. Gore & Associates, Inc.**
4:25-CV-01394-JAR - **Witmer Public Safety Group, Inc.** *doing business as* The Fire Store
4:25-CV-01394-JAR - **Sentinel Emergency Solutions, LLC**
4:25-CV-01394-JAR - **Conway Shield, Inc.**