# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 11, 2026

Daniel L. Ring
JENNER & BLOCK
353 N. Clark Street
Chicago, IL  60654

    RE:  26-1910  Jason Crady, et al v. 3M Company

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:     Michael J. Angelides
          Clerk, U.S. District Court, Eastern District of Missouri
         Mark Raymond Dunn
         Michael B. Hewes
         George Michael Stewart

        District Court/Agency Case Number(s):   4:25-cv-01394-JAR

**Caption For Case Number:   26-1910**

Jason Crady, and his wife Nicole Crady; Nicole Crady

      Plaintiffs - Appellees

v.

3M Company, also known as Minnesota Mining and Manufacturing Company

      Defendant - Appellant

AGC Chemicals Americas, Inc.; Allstar Fire Equipment Co.; Archroma U.S., Inc.; CB Garmet, Inc., doing business as Crewboss; Dupont De Nemours, Inc., formerly known as DowDuPont Inc.; Ed M. Feld Equipment Co., Inc.; Fire-Dex, Inc.; Fire-Dex, LLC; Globe Holding Company, LLC; Globe Manufacturing Company, LLC; Honeywell International Inc.; Honeywell Safety Products USA, Inc.; Innotex Corp; Lakeland Industries, Inc.; Leo Ellebracht Company; Lion Apparel, Inc.; Majestic Fire Apparel, Inc.; Morning Pride Manufacturing, LLC; Phenix Fire Protectors, LLC; Southern Mills, Inc., doing business as Tencate Protective Fabrics, USA; TechTrade LLC; Veridian Limited, doing business as Veridian Fire Protective Gear; W.L. Gore & Associates, Inc.; Witmer Public Safety Group, Inc., doing business as The Fire Store; Sentinel Emergency Solutions, LLC; Conway Shield, Inc.

      Defendants

**Addresses For Case Participants:   26-1910**

Daniel L. Ring
JENNER & BLOCK
353 N. Clark Street
Chicago, IL  60654

Michael J. Angelides
SIMMONS & HANLY
One Court Street
Alton, IL  62002

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mark Raymond Dunn
OSBURN & HINE
3071 Lexington Avenue
Cape Girardeau, MO  63701

Michael B. Hewes
BUTLER & SNOW
Suite 204
1300 25th Avenue
Gulfport, MS  39501

George Michael Stewart
SIMMONS & HANLY
One Court Street
Alton, IL  62002